IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION/IBT,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | 8:13-CV-249<br><br>SCHEDULING ORDER |

This matter is before the Court on the parties' Joint Motion to Set Briefing Schedule and Hearing on Motion for Preliminary Injunction (filing 5). The motion will be granted.

IT IS ORDERED:

1. The Joint Motion to Set Briefing Schedule and Hearing on Motion for Preliminary Injunction (filing 5) is granted.

2. Defendant BNSF will file its motion for preliminary injunction on or before September 4, 2013.

3. Plaintiff Brotherhood of Maintenance of Way Employees Division may file its response to BNSF's motion on or before September 13, 2013.

4. BNSF may file a reply in support of its motion on or before September 18, 2013.

5. A hearing will be scheduled for September 25, 2013, to commence at 9:30 a.m. in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

6. A brief procedural prehearing teleconference will be scheduled before the undersigned judge in chambers at 1:30

       p.m. on September 24, 2013. An email will be sent to counsel of record with instructions for participating in the prehearing conference.

7. Parties shall deliver to the Court, <u>on or before</u> 1:30 p.m. on September 24, 2013, trial copies of any exhibits to be presented at the preliminary injunction hearing that have not already been placed in the record of the Court. The exhibits shall be in a three-ring binder organized for use by dividers or tabs.

8. Exhibits must be listed on exhibit forms available from the Clerk's office or on the Court's external web page at http://www.ned.uscourts.gov/forms. The exhibits should be numbered as provided by NECivR 39.3. The courtroom deputy will take custody of the exhibits after they are received by the Court.

Dated this 28th day of August, 2013.

                                      BY THE COURT:

                                      John M. Gerrard
                                      United States District Judge