IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION/IBT,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | 8:13-CV-249<br><br>ORDER |

This matter is before the Court on Defendant's Unopposed Motion to Extend Time for Response to Plaintiff's Motion to Vacate or Modify Preliminary Injunction (filing 44). That motion will be granted.

IT IS ORDERED:

1. Defendant's Unopposed Motion to Extend Time for Response to Plaintiff's Motion to Vacate or Modify Preliminary Injunction (filing 44) is granted.

2. The defendant may respond to the plaintiff's motion to vacate or modify preliminary injunction (filing 41) on or before January 13, 2014.

3. The plaintiff may reply in support of its motion on or before January 24, 2014.

4. The parties shall report to the Court, on or before January 3, 2014, on the status of settlement.

5. The Clerk of the Court is directed to set a status report deadline of January 3, 2014.

- 2 -

Dated this 17th day of December, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge