IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION/IBT,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | 8:13-CV-249<br><br>ORDER |

The Court has been advised that the parties in this case have settled their claims. Filing 46. Accordingly,

IT IS ORDERED:

1. On or before January 10, 2014, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. The Clerk of the Court shall set a dismissal papers deadline of January 10, 2014.

Dated this 2nd day of January, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge